# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 28, 2023

## NO. 03-18-00695-CV

**Panda Sherman Power Intermediate Holdings I, LLC;
Panda Power Generation Infrastructure Fund, LLC, d/b/a Panda Power Funds;
and Panda Sherman Power Holdings, LLC, Appellants**

**v.**

**H.B. "Trip" Doggett; Warren Lasher; Bill Magness; and Kent Saathoff, Appellees**

## APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND TRIANA
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order granting appellees' plea to the jurisdiction and motion to dismiss, signed by the trial court on October 17, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.